UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-31276
Sebastian Palladino  )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )  Kane
 )
Debtor(s)  )

## ORDER DENYING CONFIRMATION AND DISMISSING CASE
## WITH 180 DAY BAR TO REFILING

This matter coming on the Trustee's Objection to Confirmation and Motion to Dismiss, proper notice given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. Confirmation of the debtor's plan is denied.

2. The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307(c).

3. The debtor is barred from being a debtor in any case under Title 11 for a period of 180 days from the date of this order, pursuant to 11 U.S.C. Section 109(g) and Section 349(a).

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 24, 2019

**Prepared by:**

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-3614
630-981-3888